No. 80–6108. BONE *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 80–6168. ALTAMIRANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6255. FELICIANO *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–6364. STEVENS *v.* KIRKPATRICK. C. A. 4th Cir. Certiorari denied.

No. 80–6387. McMAHAN *v.* ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 80–6395. PURNELL *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 80–6418. GARCIA-PEREZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–6430. WILBORN *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 80–6438. STEIN *v.* BLACKBURN, WARDEN. Sup. Ct. La. Certiorari denied.

No. 80–6447. FRAZIER *v.* PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 80–6458. MINK *v.* MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 80–6461. RANDALL, AKA HURD *v.* BAILEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–6462. RUTKOWSKY *v.* BOARD OF PRISON TERMS OF CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.